UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN CASHDOLLAR, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CASE NO. 1:22-cv-1044 |
| | ) |
| ROBERT BANDFIELD and | ) |
| WATT & STEWART TRUCKING, INC. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Defendants, Robert Bandfield and Watt & Stewart Trucking, Inc., by counsel, and pursuant to 28 U.S.C. §1332, hereby file their Notice of Removal of the captioned matter to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Hancock County Superior Court, Greenfield, Indiana, and respectfully state as follows:

1.  Robert Bandfield and Watt & Stewart Trucking, Inc., are defendants in a personal injury action now pending in the Hancock County Superior Court under Cause No. 30D01-2204-CT-000421.

2.  Plaintiff filed his Complaint in the Hancock County Superior Court on April 4, 2022.

3.  All Defendants that have been served with the Summons and Complaint to date consent to the removal of this lawsuit to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Hancock County Superior Court.

4. Plaintiff's Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

5. Plaintiff is a citizen of the State of Indiana.

6. Watt & Stewart Trucking, Inc. is a corporation organized under the laws of the State of Texas, with its principal place of business in the State of Texas. As such, Watt & Stewart Trucking, Inc. is a citizen of the State of Texas.

7. Robert Bandfield is a citizen of the State of Texas domiciled in the State of Texas.

8. The controversy in this cause of action is entirely between citizens of different states.

9. While Plaintiff's Complaint seeks an unspecified amount of damages, Plaintiff refused to admit that his damages are less than $75,000.00. (See, Exhibit A). Therefore, the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a).

10. Attached hereto as Exhibit B is a complete copy of the Complaint, Appearance, Summonses, and Notices of Proof of Service filed on behalf of Plaintiff, and an Appearance, Motion for Enlargement of Time, and Order Granting Motion for Enlargement of Time on behalf of Defendants. These documents constitute all of the pleadings and process on file with the Hancock County Superior Court as of the date of this filing of this Notice of Removal.

11. Attached hereto as Exhibit C is a separate copy of Plaintiff's Complaint filed on April 4, 2022.

12. Attached hereto as Exhibit D is the current State Court docket.

13. Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiff and also file a copy with the Clerk of the Hancock County Superior Court.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

***s/Christopher R. Whitten***
Christopher R. Whitten/#20429-49
Emily M. Gettum/#31012-41
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH: 317-362-0225
FX: 317-362-0151
cwhitten@indycounsel.com
egettum@indycounsel.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
brads@kennunn.com

*s/Christopher R. Whitten*
Christopher R. Whitten