# EXHIBIT "B"

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE HANCOCK | COURT |
| | ) SS: | | |
| COUNTY OF HANCOCK | ) | CAUSE NO. | |

JOHN CASHDOLLAR

VS.

ROBERT BANDFIELD and
WATT & STEWART TRUCKING, INC.

RECEIVED

APR 11 2022

R18343

131 (4)

## COMPLAINT FOR DAMAGES

Come now the Plaintiff, John Cashdollar, by counsel, Ken Nunn Law Office, and for their cause of action against the Defendants, Robert Bandfield and Watt & Stewart Trucking, Inc., allege and state as follows:

## STATEMENT AND JURISDICTION

1. This is a clear liability collision in which Defendants' 2016 Peterbilt tractor and attached trailer, was negligently driven by Robert Bandfield, causing a collision with the vehicle driven by Plaintiff, John Cashdollar. As a result of the collision, Plaintiff have incurred medical expenses, lost wages, property damage and other special expenses in an amount to be proven at trial of this cause.

2. Jurisdiction and venue are appropriate in Hancock County, Indiana, as said collision occurred within the boundaries of Henry County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF TRUCK DRIVER

3. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4. On or about June 18, 2021, Defendant Robert Bandfield negligently drove a tractor-trailer striking the vehicle driven by Plaintiff, John Cashdollar.

5. Defendant Robert Bandfield had a duty to operate his tractor trailer in a safe and reasonable manner.

6. Defendant Robert Bandfield failed in the above mentioned duties and is therefore negligent.

7. Defendant Robert Bandfield's negligence was the direct and proximate cause of Plaintiffs injuries.

8. Plaintiff John Cashdollar's injuries and damages are permanent.

9. As a direct and proximate result of Robert Bandfield's negligence, John Cashdollar has suffered lost wages.

10. Plaintiff, John Cashdollar, has incurred medical bills for the treatment of his injuries directly resulting from this collision.

11. As a direct and proximate result of Robert Bandfield's negligence, John Cashdollar has experienced physical and mental pain and suffering, lost wages and property damage and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF TRUCK DRIVER

12. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Robert Bandfield violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14. Defendant Robert Bandfield's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15. Defendant Robert Bandfield is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF TRUCK COMPANY

16. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 17 above as if fully restated verbatim.

17. Defendant Robert Bandfield was the employee, agent, servant, or independent contractor for Watt & Stewart Trucking, Inc. Accordingly, Watt & Stewart Trucking, Inc. is vicariously liable for the acts of Defendant Robert Bandfield for the causes of action above.

WHEREFORE, the Plaintiff, John Cashdollar, by counsel, the Ken Nunn Law Office, demand judgment against the Defendants, Robert Bandfield and Watt & Stewart Trucking, Inc. for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Bradford J. Smith*
Bradford J. Smith, #22783-47
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: brads@kennunn.com

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY: *s/ Bradford J. Smith*
Bradford J. Smith, #22783-47
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: brads@kennunn.com

Bradford J. Smith, #22783-47
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone: 812-332-9451
Fax Number: 812-331-5321
Attorney for Plaintiff

Case 1:22-cv-01044-JRS-MJD Document 1-2 Filed 05/18/22 Page 6 of 19 PageID #: 13

30D01-2204-CT-000421
Hancock Superior Court 1

Filed: 4/4/2022 2:14 PM
Clerk
Hancock County, Indiana

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | CAUSE NO: | |
|---|---|---|
| 1. | Name of first initiating party | John T. Cashdollar<br>1926 South Gladstone Avenue<br>Indianapolis, IN 46203 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Bradford J. Smith #22783-47<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN 47404<br>PHONE: 812 332-9451<br>FAX: 812 331-5321<br>Email: bjsmith@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

s/Bradford J. Smith
Attorney-at-Law
(Attorney information shown above.)

Case 1:22-cv-01044-JRS-MJD Document 1-2 Filed 05/18/22 Page 7 of 19 PageID #: 14
30D01-2204-CT-000421
Hancock Superior Court 1
Filed: 4/4/2022 2:14 PM
Clerk
Hancock County, Indiana

CIRCUIT/SUPERIOR COURT FOR THE COUNTY OF HANCOCK
STATE OF INDIANA
COURTHOUSE, 9 EAST MAIN STREET
GREENFIELD, INDIANA 46140

John Cashdollar

Plaintiff(s)

VS.                                             No. _____

Robert Bandfield and Watt & Stewart Trucking, Inc.

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Robert Bandfield, 2627 Century Ranch, San Antonio, TX 78251**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 4/4/2022

_Lisa H. Lofgreen_ CH
CLERK, HANCOCK CIRCUIT/SUPERIOR COURT

[SEAL: HANCOCK COUNTY CLERK INDIANA]

BRADFORD J. SMITH, #22783-47
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____, 2022.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX  By certified or registered mail with return receipt to above address.

☐   By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐   By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐   By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: _/s/ BRADFORD SMITH_
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF MAILING:** I certify that on the ___ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this ___ day of _____, 2022.

                                                           CLERK, HANCOCK CIRCUIT COURT

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the ___ day of _____, 2022, and that a copy of the return of receipt was received by me on the ___ day of _____, 2022, which copy is attached herewith.

                                                           CLERK, HANCOCK CIRCUIT COURT

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the ___ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this ___ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of HANCOCK County, Indiana.

    Dated this ___ day of _____, 2022.

                                                           CLERK, HANCOCK CIRCUIT COURT

**RETURN OF SUMMONS:** This summons came to hand on the ___ day of _____, 2022, and I served the same on the ___ day of _____, 2022.

1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant: _____(Name of Person) and by mailing by first class mail a copy of the summons on the ___ day of _____, 2022 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit: _____
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this ___ day of _____, 2022.

                                                           SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:

1. By delivery on the ___ day of _____, 2022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the ___ day of _____, 2022 for each of the within named defendant(s) _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ ____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

All done in HANCOCK County, Indiana.

Fees: $_____

                                                           SHERIFF or DEPUTY

CIRCUIT/SUPERIOR COURT FOR THE COUNTY OF HANCOCK
STATE OF INDIANA
COURTHOUSE, 9 EAST MAIN STREET
GREENFIELD, INDIANA 46140

John Cashdollar

                      Plaintiff(s)

VS.                                                 No. _____

Robert Bandfield and Watt & Stewart Trucking, Inc.

                      Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Watt & Stewart Trucking, Inc., PO BOX 192, San Angelo, TX 76902**

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date:_____                              */s/ Lisa H. Loffgreen*

                                  CLERK, HANCOCK CIRCUIT/SUPERIOR COURT

[SEAL: HANCOCK COUNTY CLERK INDIANA]

BRADFORD J. SMITH, #22783-47
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: (812)332-9451

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

    A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____, 2022.

                                                          _____
                                                           SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐      By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐      By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐      By serving his agent as provided by rule, statute or valid agreement, to-wit:

                                                           KEN NUNN LAW OFFICE

                                                           BY: */s/ BRADFORD SMITH*
                                                           ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the ___ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

      Dated this ___ day of _____, 2022.

                                                                                           CLERK, HANCOCK CIRCUIT COURT

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the ___ day of _____, 2022, and that a copy of the return of receipt was received by me on the ___ day of _____, 2022, which copy is attached herewith.

                                                                                           CLERK, HANCOCK CIRCUIT COURT

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the ___ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this ___ day of _____, 2022, and I did deliver said summons and a copy of the complaint to the Sheriff of HANCOCK County, Indiana.

      Dated this ___ day of _____, 2022.

                                                                                           CLERK, HANCOCK CIRCUIT COURT

**RETURN OF SUMMONS:** This summons came to hand on the ___ day of _____, 2022, and I served the same on the ___ day of _____, 2022.
1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant: _____ (Name of Person) and by mailing by first class mail a copy of the summons on the ___ day of _____, 2022 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit: _____
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this ___ day of _____, 2022.

                                                                                                 SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
1. By delivery on the ___ day of _____, 2022 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the ___ day of _____, 2022 for each of the within named defendant(s) _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

All done in HANCOCK County, Indiana.

Fees: $_____

                                                                                                 SHERIFF or DEPUTY

**UNITED STATES POSTAL SERVICE**™

Mailer: Ken Nunn Law Office

Date Produced: 04/18/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8372 0051 48. Our records indicate that this item was delivered on 04/14/2022 at 01:41 p.m. in SAN ANTONIO, TX 78251. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Robert C Bandfield*

Address of Recipient :

*2627 Century Ranch*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

ROBERT BANDFIELD
2627 CENTURY RNCH
SAN ANTONIO TX 78251-4919

Customer Reference Number:     C3341909.19513485

Return Reference Number         John Cashdollar

USPS MAIL PIECE TRACKING NUMBER: 4207825192148901940383720005148
MAILING DATE: 04/06/2022
DELIVERED DATE: 04/14/2022
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

ROBERT BANDFIELD
2627 CENTURY RNCH
SAN ANTONIO TX 78251-4919

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 04/06/2022 10:31 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON, IN 47404 |
| 04/06/2022 21:07 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 04/06/2022 22:22 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 04/09/2022 12:18 | PROCESSED THROUGH USPS FACILITY | SAN ANTONIO TX DISTRIBUTION CEN 78284 |
| 04/11/2022 10:57 | ARRIVAL AT UNIT | SAN ANTONIO, TX 78245 |
| 04/11/2022 11:08 | OUT FOR DELIVERY | SAN ANTONIO, TX 78251 |
| 04/11/2022 14:09 | NO AUTHORIZED RECIPIENT AVAILABLE | SAN ANTONIO, TX 78251 |
| 04/14/2022 13:41 | DELIVERED LEFT WITH INDIVIDUAL | SAN ANTONIO, TX 78251 |

Filed: 4/20/2022 2:15 PM
Clerk
Hancock County, Indiana

# UNITED STATES POSTAL SERVICE

Mailer: Ken Nunn Law Office

Date Produced: 04/18/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8372 0052 09. Our records indicate that this item was delivered on 04/13/2022 at 09:32 a.m. in SAN ANGELO, TX 76902. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

PO BOX 192
SAN ANGELO, TX 76902-0192

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

WATT & STEWART TRUCKING INC
PO BOX 192
SAN ANGELO TX 76902-0192

Customer Reference Number:      C3341909.19513486

Return Reference Number          John Cashdollar

USPS MAIL PIECE TRACKING NUMBER:   4207690292148901940383720052O9
MAILING DATE:        04/06/2022
DELIVERED DATE:   04/13/2022
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

WATT & STEWART TRUCKING INC
PO BOX 192
SAN ANGELO TX 76902-0192

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 04/06/2022 10:31 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 04/06/2022 21:07 | ORIGIN ACCEPTANCE | BLOOMINGTON IN DISTRIBUTION CEN 47404 |
| 04/06/2022 22:22 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 04/07/2022 01:43 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS IN DISTRIBUTION CE 46206 |
| 04/09/2022 19:58 | PROCESSED THROUGH USPS FACILITY | LUBBOCK TX DISTRIBUTION CENTER 79402 |
| 04/12/2022 09:31 | AVAILABLE FOR PICKUP | SAN ANGELO,TX 76902 |
| 04/13/2022 09:32 | DELIVERED INDIVIDUAL PICKED UP AT PO | SAN ANGELO,TX 76902 |

| STATE OF INDIANA | ) | HANCOCK SUPERIOR COURT 1 |
|---|---|---|
| | ) SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO.: 30D01-2204-CT-000421 |

JOHN CASHDOLLAR,

        Plaintiff,

vs.

ROBERT BANDFIELD and
WATT & STEWART TRUCKING, INC.,

        Defendants.

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:    **Defendants**

    1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):
        **Robert Bandfield and Watt & Stewart Trucking, Inc.**

    2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

        Christopher R. Whitten, Attorney No. 20429-49
        Emily M. Gettum, Attorney No. 31012-41
        WHITTEN LAW OFFICE LLC
        6801 Gray Road, Suite H
        Indianapolis, IN 46237
        (317) 362-0225 Telephone
        (317) 362-0151 Facsimile
        cwhitten@indycounsel.com
        egettum@indycounsel.com

    3.    There are other party members: No.

    4.    If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3): N/A.

    5.    I will accept service by FAX at the above noted number: No.

    6.    This case involves support issues. No. (If yes, supply social security number for all family members).

7. There are related cases: No.

8. This form has been served on all other parties. Certificate of Service is attached: Yes.

9. Additional information required by local rule: N/A.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

*/s/ Christopher R. Whitten*

Christopher R. Whitten/20429-49

*/s/ Emily M. Gettum*

Emily M. Gettum/31012-41
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On April 19, 2022, I electronically served and/or filed the foregoing document through the Court's ECF system on the following:

Bradford J. Smith, Esq.
KEN NUNN LAW OFFICE
BradS@KenNunn.com

*/s/ Christopher R. Whitten*

Christopher R. Whitten

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com
egettum@indycounsel.com

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | HANCOCK SUPERIOR COURT 1 |
| | ) SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO.: 30D01-2204-CT-000421 |

JOHN CASHDOLLAR,

        Plaintiff,

vs.

ROBERT BANDFIELD and
WATT & STEWART TRUCKING, INC.,

        Defendants.

## MOTION FOR ENLARGEMENT OF TIME

Defendants, Robert Bandfield and Watt & Stewart Trucking, Inc. ("Defendants"), by counsel, respectfully request the Court for an enlargement of time of 30 days to respond to the Complaint ("Complaint") of Plaintiff, John Cashdollar, and in support thereof, state as follows:

1. On or about April 13, 2022, Defendant, Watt & Stewart Trucking, Inc., was served with a copy of the Summons and Complaint via certified mail.

2. According to the Court's online docket, Defendant, Robert Bandfield, has not yet been served with a copy of the Summons and Complaint via certified mail.

3. The time for Defendants to respond to Plaintiff's Complaint has not yet expired.

4. Counsel for Defendants requires additional time to confer with his clients and to prepare an appropriate response to the Complaint.

5. No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendants, Robert Bandfield and Watt & Stewart Trucking, Inc., by counsel, respectfully request the Court for an enlargement of time of 30 days up to and including June 6, 2022, in which to respond to the Complaint and for all other just and proper relief.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

_____
Christopher R. Whitten/20429-49

_____
Emily M. Gettum/31012-41
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On April 19, 2022, I electronically served and/or filed the foregoing document through the Court's ECF system on the following:

Bradford J. Smith, Esq.
KEN NUNN LAW OFFICE
BradS@KenNunn.com

_____
Christopher R. Whitten

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com
egettum@indycounsel.com

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | HANCOCK SUPERIOR COURT 1 |
| | ) SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO.: 30D01-2204-CT-000421 |

JOHN CASHDOLLAR,

        Plaintiff,

vs.

ROBERT BANDFIELD and
WATT & STEWART TRUCKING, INC.,

        Defendants.

**FILED**
April 19, 2022
HANCOCK SUPERIOR COURT
TP

## ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on Defendants' Motion for Enlargement of Time to Answer Complaint. The Court having been first duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendants, Robert Bandfield and Watt & Stewart Trucking, Inc., shall have up to and including June 6, 2022, in which to respond to Plaintiff's Complaint.

Date: 4/19/2022

_____ cc
Judge, Hancock Superior Court 1
**Cody B. Coombs, Magistrate**

Copies to:

Bradford J. Smith, Esq.
KEN NUNN LAW OFFICE
BradS@KenNunn.com

Christopher R. Whitten, Esq.
Emily M. Gettum, Esq.
WHITTEN LAW OFFICE LLC
cwhitten@indycounsel.com
egettum@indycounsel.com